**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 18–11641–BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jayne Astrid Burrell
aka Jayne A. Burrell–Ingram
12072 Cardamom Drive
Woodbridge, VA 22192

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
   Debtor: xxx–xx–9693

Employer Tax–Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 3015–2 CHAPTER 13 PLAN REQUIREMENTS

TO:     DEBTOR OR DEBTOR'S COUNSEL

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 7, 2018. Pursuant to Local Bankruptcy Rule 3015–2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **May 21, 2018**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 Chapter 13 Plan

Date:  May 9, 2018

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Anthony Shepherd
Deputy Clerk

[30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Jayne Astrid Burrell  
    Debtor

Case No. 18-11641-BFK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: shepherda    Page 1 of 1    Date Rcvd: May 09, 2018  
Form ID: 30152    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.  
db      +Jayne Astrid Burrell,    12072 Cardamom Drive,    Woodbridge, VA 22192-1443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:  
     John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov  
     Martin C. Conway    on behalf of Debtor Jayne Astrid Burrell martin@conwaylegal.com, pwilmer@conwaylegal.com;r63077@notify.bestcase.com;andrew@conwaylegal.com  
     Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com  
     TOTAL: 3